UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JEAN ROGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL GOVERNMENT,<br><br>　　　　Defendant. | No.  2:24-cv-02749-DAD-AC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 3) |

　　　　Plaintiff Nicole Jean Rogers proceeds *pro se* and *in forma pauperis* in this civil action initiated on October 7, 2024.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On October 30, 2024, the assigned magistrate judge screened plaintiff's complaint and recommended that it be dismissed without leave to amend for failure to state a claim.  (Doc. No. 3 at 2–4.)  Specifically, the magistrate judge found that plaintiff's complaint, in which plaintiff alleges only that her "back round [sic] check from this courthouse says on or about the time of [her] divorce filling [sic] [she] was recorded somewhere as deceased," does not present a concrete set of facts that give rise to any plausible legal claim and appears to seek monetary relief from a defendant who is immune from such relief.  (*Id*. at 2–3.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were

1 | to be filed within twenty-one (21) days after service.  (*Id.* at 3–4.)  To date, no objections have
2 | been filed, and the time in which to do so has passed.

3 |       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
4 | *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
5 | findings and recommendations are supported by the record and proper analysis.

6 |       Accordingly,

7 |       1.    The findings and recommendations issued on October 30, 2024 (Doc. No. 3) are
8 |           ADOPTED in full;

9 |       2.    Plaintiff's complaint (Doc. No. 1) is DISMISSED, without leave to amend; and

10 |       3.    The Clerk of the Court is directed to close this case.

11 |       IT IS SO ORDERED.

12 | Dated:   **April 25, 2025**
13 |                           DALE A. DROZD
14 |                           UNITED STATES DISTRICT JUDGE